United States Court Western District of Washington

Brenda M Johnson.                              No.   3:20-cv-05857-MJP

    Plaintiff.

Vs.

Electronic Transaction Consultants LLC.

Jurisdiction subject-matter :jurisdiction of the federal courts are diversity jurisdiction and federal question jurisdiction. Diversity jurisdiction generally permits individuals to bring claims in federal court where the claim exceeds $75,000 *and* the parties are citizens of different states. *See* 28 U.S.C. § 1332

Electronic Transaction Consultants , LLC formally known as Electronic Transaction Consultants ETC

Has not made an appearance in Pierce Country Superior Court pleadings and is being sued for $14,906,558.865.61 for wages and benefits note paid for an employee under protective activity 6 u.s.c. 1142 and 1131 in executive branch hired at uwic August 29, 2013. Johnson was treated differently from statues and laws. Brenda M Johnson filed a EEOC Charge against Electronic Transaction Consultants # 551-2014-01557  and was given rights to sue for wages EPA 1963.

*Equal Pay Act of 1963 (Pub. L. 88-38) (EPA), as amended, as it appears in volume 29 of the United States Code, at section 206(d). The EPA, which is part of the Fair Labor Standards Act of 1938, as amended (FLSA), and which is administered and enforced by the EEOC, prohibits sex-based wage discrimination between men and women in the same establishment who perform jobs that require substantially equal skill, effort and responsibility under similar working conditions. Cross references to the EPA as enacted appear in italics following the section heading. Additional provisions of the Equal Pay Act of 1963, as amended, are included as they appear in volume 29 of the United States Code*

*The agency was non-compliance and did not disclose a contract with all parties called a collective bargaining agreement. Brenda M Johnson alleges the business and it's administration was Neligient and cause her harm .*

| Labor Dispute Civil Action | 1 of 3 | Brenda M Johnson |
|---|---|---|
| | | 311 South 9 th St |
| | | Tacoma Washington 98402 |
| | | Brendajtacoma@aol.com |

Brenda M Johnson worked in the Judiciary department of Washington Department of Transportation, enforcement office. Address

4554 9th Avenue NE, Suite 100

Seattle, WA  98105

Office:  206-701-1631

Fax:     206-547-5128

Anne.M.Williams@etcc.com

Brenda M Johnson filed a default judgment September 24, 2014 at Pierce Country Superior Court

After Electronic Transaction Consultants did not answer a complaint against them with OSAH within sixty days from July 08, 2014. EEOC have a letter right to sue on October 02,2014.

The litigants had not answer the complaint and summons at Pierce Country Superior Court pleadings. They failed to file a counter suit and by fraud removed the case to District Court Western District of Washington.

The defendant Electronic Transaction Consultants LLC have broken Johnson fourteenth amendment rights in which  the U.S. Constitution, ratified in 1868, granted citizenship to all persons born or naturalized in the United States—including former slaves—and guaranteed all citizens "equal protection of the laws." One of three **amendments** passed during the Reconstruction era to abolish slavery and establish. Finally Electronic Transaction Consultants LLC and administration violated  Johnson seventh amendment rights by not administering payment of wages In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law… Brenda's checked was over $400 from hours worked.

In Pierce Country Superior Court a default judgment was filed for $4,700,000.00 at calculation it should be  $14,906,558,865.61 at a rate of 12%

| Labor Dispute Civil Action | 2 of 3 | Brenda M Johnson |
|---|---|---|
| | | 311 South 9 th St |
| | | Tacoma Washington 98402 |
| | | Brendajtacoma@aol.com |
| | | 253 222-0270 |

Brenda M Johnson is seeking wages and benefits not paid , damages, pain and suffering, property loss, and punitive damages of over 25,000,000,000.00

I Brenda M Johnson having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, or certify truly, or that any written testimony, declaration, deposition, or certificate by him subscribed, is true, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true.

18 U.S. Code § 1621 (1) executed on August 22, 2020

Plaintiff is requesting a jury of her peers. Fed r civ 38.

| | | |
|---|---|---|
| Labor Dispute Civil Action | 3 of 3 | Brenda M Johnson |
| | | 311 South 9 th St |
| | | Tacoma Washington 98402 |
| | | Brendajtacoma@aol.com |
| | | 253 222-0270 |

Cc: Electronic Transaction Consultants LLC

1600 N Collins Blvd STE  4000,

Richardson, TX 75080-3702

Registered agent CT Corporation System

711 Capital Way South Ste 204

Olympia Washington 98501

marie.hauer@wolterskluwer.com

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct complaint , summons , Case list Executed on August 22, 2020 to marie.hauer@wolterskluwer.com,  Newcases.tacoma@wawd.uscourts.gov

(Signature)



Brenda M Johnson Case list                                                             No. _____

**19-35773,19-5529-rjb,19-36079,20-35629,15-35959,**

**14-2-12697-8, 15-cv-35959, 3-2019-cv-05529-rjb, 0:18-cv-35696, 3:19-cv05174, 0:19-cv-35609,** 3:17-cv-06009,

**Cv- 19-862-rsm,** 19-35630, 18-35319

**20-35473**

• **Have you filed any previous cases that have been decided by this Court? If so, give the name and docket number of each case.**

**19-35773,19-5529-rjb,19-36079,20-35629,15-35959,**

**14-2-12697-8, 15-cv-35959, 3-2019-cv-05529-rjb, 0:18-cv-35696, 3:19-cv05174, 0:19-cv-35609,** 3:17-cv-06009,

**Cv- 19-862-rsm,** 19-35630, 18-35319