1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

BRENDA M. JOHNSON,

11

Plaintiff,

12

v.

13

ELECTRONIC TRANSACTION
CONSULTANTS LLC,

14

Defendant.

CASE NO. 3:20-cv-05857-MJP

ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS

15

16      The Court, having reviewed plaintiff's application to proceed *in forma pauperis* ("IFP"),

17   does hereby find and ORDER:

18      Because plaintiff does not appear to have funds available to afford the $400 filing fee,

19   plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore,

20   plaintiff's IFP application (Dkt. 1) is GRANTED.  However, the undersigned recommends

21   review under 28 U.S.C. § 1915(e)(2)(B).  The Clerk of the Court is directed to send a copy of

22   this Order to plaintiff and to the assigned District Judge.

23

24

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 1

1    Dated this 31st day of August, 2020.

2

3

4    J. Richard Creatura
     United States Magistrate Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 2