1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9
10
11

BRENDA M. JOHNSON,

            Plaintiff,

12

   v.

13
14

ELECTRONIC TRANSACTION
CONSULTANTS LLC,

            Defendant.

CASE NO. 3:20-cv-05857-MJP

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

15
16

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* ("IFP"),

17

does hereby find and ORDER:

18

Because plaintiff does not appear to have funds available to afford the $400 filing fee,

19

plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore,

20

plaintiff's IFP application (Dkt. 1) is GRANTED. However, the undersigned recommends

21

review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of

22

this Order to plaintiff and to the assigned District Judge.

23
24

1  Dated this 31st day of August, 2020.

2

3

4  *[signature]*

   J. Richard Creatura
5  United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 2