UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENDA M JOHNSON,

                Plaintiff,

     v.

ELECTRONIC TRANSACTION
CONSULTANTS LLC,

                Defendant.

CASE NO. C20-5857

ORDER REQUIRING PLAINTIFF
TO FILE ALL MOTIONS ON THE
DOCKET

This matter comes before the Court *sua sponte* and upon Plaintiff's many emails to the

Court's Orders Inbox.  On November 6, 2020 Plaintiff was advised that "any future filings

submitted to pechmanorders@wawd.uscourts.gov will not be considered received or filed."

Plaintiff was further warned that:

> [F]uture filings must be either mailed or delivered to the drop box in the lobby of
> the courthouse unless you are registered for electronic filing. If you wish to file
> and receive notification via our CM/ECF system, then you must complete the
> registration process. If you need assistance with completing the registration

process, please contact the ECF Team @ ECF Support US District Court, Western Washington 206-370-8440 (choose option 2) cmecf@wawd.uscourts.gov

This notice was posted on the docket and printed and sent to Plaintiff through USPS. Yet Plaintiff has continued to send what appear to be motions and exhibits to pechmanorders@wawd.uscourts.gov. The Court will not review these emails and they will not be considered received or filed.

This should be of particular note to Plaintiff as she must show cause why this matter should not be dismissed by **November 30, 2020**. (Dkt. No. 9.) Any filing in response to the Court's Order to Show Cause must be mailed or delivered to the drop box in the lobby of the courthouse or filed electronically through CM/ECF. The Court will not consider Plaintiff's response if it is not filed through these means.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated November 24, 2020.

Marsha J. Pechman
United States Senior District Judge

ORDER REQUIRING PLAINTIFF TO FILE ALL MOTIONS ON THE DOCKET - 2