UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Brenda M Johnson

Plaintiff(s),

v.

Defendant(s).

NOTICE OF CIVIL APPEAL

Case No 3:20-cv-05857

District Court Judge

Marsha J Peachman

Notice is hereby given that

(Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

dkt6 default judgement and dkt 10 eft
(Name of Order/Judgment) dkt 6 and dkt 10

entered in this action on November 14,2020
(Date of Order)

Dated: 11/29/2020

pacer monitor ledger , Motion rescue and objection to dkt 6, dkt 9 order with affvid

Name, Address and Phone Number of Counsel for Appellant or Appellant/*Pro Se*

*[signature: Brenda M Johnson]*

Signature of Counsel for Appellant or Appellant/*Pro Se*

NOTICE OF CIVIL APPEAL - 1