| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 23 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| BRENDA M. JOHNSON,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>ELECTRONIC TRANSACTION CONSULTANTS, LLC,<br><br>        Defendant-Appellee. | No.   20-36039<br><br>D.C. No. 3:20-cv-05857-MJP<br>Western District of Washington, Tacoma<br><br>ORDER |

Before: THOMAS, Chief Judge, HURWITZ and BADE, Circuit Judges.

Appellant's motion for reconsideration (Docket Entry No. 4) is denied. *See* 9th Cir. R. 27-10.

All other pending motions are denied as moot.

No further filings will be entertained in this closed case.

MF/Pro Se