UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 03 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BRENDA M. JOHNSON,

              Plaintiff - Appellant,

  v.

ELECTRONIC TRANSACTION
CONSULTANTS, LLC,

              Defendant - Appellee.

No. 20-36039

D.C. No. 3:20-cv-05857-MJP
U.S. District Court for Western
Washington, Tacoma

**MANDATE**

      The judgment of this Court, entered December 14, 2020, takes effect this

date.

      This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

                  FOR THE COURT:

                  MOLLY C. DWYER
                  CLERK OF COURT

                  By: Rhonda Roberts
                  Deputy Clerk
                  Ninth Circuit Rule 27-7